AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baker, Mary Gordon | U.S. District Court, District of South Carolina | 11/20/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time United States Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☑ Amended Report | 1/1/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

85 Broad Street (29401)
P.O. Box 835
Charleston
South Carolina 29402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Personal Representative | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 09/01/18 | Bank of America/Retirement pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 11/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Regionsbank | Mortgage on Rental Property #1, Mount Pleasant, SC Charleston County (Pt VII, line 1) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Mt. Pleasant,SC, Charleston County, SC | E | Rent | M | W | | | | | |
| 2. Brokerage #1 H | | | | | | | | | |
| 3. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 5. IRA Bank of America Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6. BP PLC common stock | A | Dividend | K | T | | | | | |
| 7. IRA BP PLC Common Stock | A | Dividend | J | T | | | | | |
| 8. BB&T Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. IRA BB&T Corp. Common Stock (X) | A | Dividend | K | T | | | | | |
| 10. Duke Energy Corp. Common Stock | C | Dividend | L | T | | | | | |
| 11. IRA Duke Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 12. Enbridge Inc. common stock (X) | B | Dividend | K | T | | | | | |
| 13. Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 14. Regions Financial Corp Common Stock | A | Dividend | J | T | | | | | |
| 15. IRA Regions Financial Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 16. SCANA Corp. Common Stock | B | Dividend | | | Sold | 10/29/18 | K | A | |
| 17. Verizon Communications Common Stock | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Verizon common stock | A | Dividend | J | T | | | | | |
| 19. Blackrock Muniassets Fund | A | Dividend | J | T | | | | | |
| 20. IRA Blackrock Muniassets Fund (Y) | | | | | | | | | |
| 21. IRA Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |
| 22. IRA General Electric Common Stock | A | Dividend | J | T | | | | | |
| 23. IRA General Mills Common Stock | A | Dividend | J | T | | | | | |
| 24. IRA General Motors Common Stock | A | Dividend | J | T | | | | | |
| 25. IRA Glaxosmithkline Common Stock | A | Dividend | J | T | | | | | |
| 26. IRA IBM Common Stock | A | Dividend | J | T | | | | | |
| 27. IRA Johnson and Johnson Common Stock | A | Dividend | J | T | | | | | |
| 28. IRA JP Morgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 29. IRA PPL Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. IRA Procter & Gamble Co. Common Stock | A | Dividend | J | T | | | | | |
| 31. IRA Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 32. IRA Kayne Anderson MLP | A | Dividend | J | T | | | | | |
| 33. IRA Virtus Small Cap Fund | A | Dividend | K | T | | | | | |
| 34. IRA Virtus KAR Capital Growth CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch CMA account | A | Interest | | | Closed | 01/19/18 | K | | |
| 36. Brokerage #2 H | | | | | | | | | |
| 37. First Horizon Nat'l. Corp. common stock (X) | A | Dividend | J | T | | | | | |
| 38. SouthState Bank common stock (X) | A | Dividend | J | T | | | | | |
| 39. Regions Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 40. Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 41. Brokerage #3 H | | | | | | | | | |
| 42. Invesco QQQ ETF | A | Dividend | K | T | | | | | |
| 43. AMG Managers Bond Service | A | Dividend | J | T | | | | | |
| 44. Chevron common stock | A | Dividend | J | T | | | | | |
| 45. Exxon Mobil common stock | A | Dividend | J | T | | | | | |
| 46. Franklin Income Advisor | B | Dividend | K | T | | | | | |
| 47. Granite Point Mortgage | A | Dividend | J | T | | | | | |
| 48. JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 49. Oppenheimer Main St Mid Cap Fund | A | Dividend | J | T | | | | | |
| 50. Oppenheimer Rochester High Yield Mun CL | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 51. SPDR Euro Stoxx | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Two Harbors Inv. Corp. | A | Dividend | J | T | | | | | |
| 53. Brokerage #4 H | | | | | | | | | |
| 54. IRA Two Harbors Invt Corp | A | Dividend | J | T | | | | | |
| 55. IRA Granite Point Mortgage | A | Dividend | J | T | | | | | |
| 56. IRA Oppenheimer Steelpath MLL | A | Dividend | J | T | | | | | |
| 57. Brokerage #5 H | | | | | | | | | |
| 58. IRA AT&T common stock | A | Dividend | J | T | | | | | |
| 59. IRA Apple common stock | A | Dividend | | | Sold | 01/10/18 | K | D | |
| 60. IRA BP PLC | B | Dividend | K | T | | | | | |
| 61. IRA Facebook common stock | A | Dividend | J | T | | | | | |
| 62. IRA Granite Point Mortgage | A | Dividend | J | T | | | | | |
| 63. IRA Royal Dutch Shell Common Stock | B | Dividend | K | T | | | | | |
| 64. IRA Two Harbors Invt Corp common stock | B | Dividend | J | T | | | | | |
| 65. IRA SPDR Euro Stoxx 50 ETF | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 66. IRA SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 02/02/18 | K | | |
| 67. IRA AB Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 68. IRA Diamond Hill Small Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IRA Federated Kaufmann Large Cap Fund | A | Dividend | K | T | | | | | |
| 70. IRA Franklin Income Advisor CL Fund | E | Dividend | N | T | | | | | |
| 71. IRA John Hancock Disciplined Val Mid Cap Fund | A | Dividend | J | T | | | | | |
| 72. IRA MFS Intl Value Fund | A | Dividend | J | T | | | | | |
| 73. IRA James Alpha Global Real Estate Investments | A | Dividend | K | T | | | | | |
| 74. IRA Oppenheimer Steelpath MLP Income Fund | B | Dividend | J | T | | | | | |
| 75. IRA AIG Focused Dividend Strategy | A | Dividend | K | T | | | | | |
| 76. IRA Templeton Emerging Mkts Small Cap Fund | A | Dividend | K | T | | | | | |
| 77. IRA Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 78. IRA Touchstone Ultra Short Fund | A | Dividend | K | T | | | | | |
| 79. Brokerage #6 H | | | | | | | | | |
| 80. IRA Altria Group Inc. | A | Dividend | J | T | | | | | |
| 81. IRA Coca Cola Co. | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 82. IRA Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 83. IRA Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 84. IRA Ford Motor Co. New | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 85. IRA Granite Point Mortgage common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA Regions Financial Corp. Common Stock | B | Dividend | L | T | | | | | |
| 87. IRA Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 88. IRA Snap common stock | A | Dividend | J | T | | | | | |
| 89. IRA Southern Company | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 90. IRA ISHARES MSCI | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 91. IRA SPDR EURO STOXX 50 ETF | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 92. IRA SPDR S&P Intl. | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 93. IRA Two Harbors Invt Corp Common Stock | B | Dividend | J | T | | | | | |
| 94. IRA Columbia Global Equity Value Mutual Fund | A | Dividend | K | T | | | | | |
| 95. IRA Delaware Diversified Income Mutual Fund | A | Dividend | J | T | | | | | |
| 96. IRA FMI Int'l Instl CL | A | Dividend | J | T | | | | | |
| 97. IRA Franklin Income Advisor Mutual Fund | C | Dividend | L | T | | | | | |
| 98. IRA Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 99. IRA Hartford Cap Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 100. IRA Janus Henderson Intl Opptys Mutual Fund | A | Dividend | J | T | | | | | |
| 101. IRA Ivy Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 102. IRA Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA Principal Midcap CL P | A | Dividend | J | T | | | | | |
| 104. IRA RS Value Mutual Fund | A | Dividend | | | Sold | 09/07/18 | J | A | |
| 105. IRA Oppenheimer Steelpath MLP Alpha Mutual Fund | B | Dividend | J | T | | | | | |
| 106. IRA Templeton Global Bond Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 107. IRA Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 108. Brokerage #7 H | | | | | | | | | |
| 109. Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 110. Hartford Floating Rate Mutual Fund | A | Dividend | K | T | | | | | |
| 111. Lord Abbett High Yield Mutual Fund | A | Dividend | K | T | | | | | |
| 112. Blackrock Total Return Instl. CL | A | Dividend | J | T | | | | | |
| 113. Fidelity Advisor Intl Cap Apprec. CL I | A | Dividend | K | T | | | | | |
| 114. Fidelity Advisor Real Estate Income CL I | A | Dividend | | | Sold | 05/15/18 | J | A | |
| 115. First Eagle Global CL I | A | Dividend | J | T | | | | | |
| 116. Jensen Quality Growth CL J | A | Dividend | K | T | | | | | |
| 117. Lord Abbett Short Duration Income CL F | A | Dividend | J | T | | | | | |
| 118. Parnassus Core Equity Investor CL | A | Dividend | K | T | | | | | |
| 119. Brokerage 8H | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA JPMorgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 121. IRA I Shares US Energy ETF Common Stock | A | Dividend | J | T | | | | | |
| 122. Brokerage #9 H | | | | | | | | | |
| 123. IRA First Eagle Global Fund Class I | A | Dividend | J | T | | | | | |
| 124. IRA Jensen Quality Growth Fund Class J | A | Dividend | K | T | | | | | |
| 125. IRA Blackrock Total Return Instl. CL | A | Dividend | J | T | | | | | |
| 126. IRA Fidelity Advisor Intl Cap Apprec CL I | A | Dividend | K | T | | | | | |
| 127. IRA Fidelity Advisor Real Estate Income fund | A | Dividend | | | Sold | 05/15/18 | J | A | |
| 128. IRA Lord Abbett Short Duration Income CL F | A | Dividend | J | T | | | | | |
| 129. IRA Parnassus Core Equity Investor CL fund | A | Dividend | K | T | | | | | |
| 130. Equity Compass Managed Account | | | | | | | | | |
| 131. Abbie Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 132. Activision Blizzard Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 133. Allstate Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 134. American Express Co common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 135. Analog Devices Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 136. Apple Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Becton Dickinson & Co. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 138. Bristol Myers Squibb common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 139. Cimarex Energy Company common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 140. Cognizant Technology Solutions Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 141. Costco Wholesale Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 142. East West Bancorp Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 143. Expedia Group Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 144. Fortune Brands Home & Sec. Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 145. Gaming & Leisure Properties Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 146. General Dynamics Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 147. Ingredion Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 148. Knight Swift Transportation Holdings Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 149. Northrop Grumman Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 150. Nucor Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 151. PPL Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 152. Quest Diagnostic Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 153. SS&C Technologies Holdings Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Skyworks Solutions Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 155. Sun Life Financial Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 156. TD Ameritrade Holding Corp. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 157. Verizon Communications Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 158. Wyndham Destinations Inc. common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 159. TE Connectivity LTD common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 160. Royal Caribbean Cruises Limited common stock | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 161. Merrill Lynch Bank Deposit Program | A | Interest | | | Closed | 01/19/18 | J | | |
| 162. Albemarle Supper Club LLC, Charleston, SC Charleston County | A | Rent | J | W | | | | | |
| 163. IRA Dreyfus Money Mkt. Fund | A | Interest | | | Closed | 01/03/18 | J | | |
| 164. Stifel Nicholaus & Co. 68 Insured Bank Deposit 8 cash-equivalent | B | Dividend | M | T | | | | | |
| 165. MefLife $ Market Account | A | Interest | K | T | | | | | |
| 166. Pinnacle accounts | A | Interest | K | T | | | | | |
| 167. Regions $ Mkt. Fund | A | Interest | | | Closed | 01/08/18 | J | | |
| 168. Tradd Street residence, Charleston, SC PR estate (X) | | None | | | Sold | 02/28/18 | O | | |
| 169. Mineral rights - Kern County, CA | | None | J | W | | | | | |
| 170. Stifel Nicholaus & Co. Estate Account cash-equivalent | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/20/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mineral rights - King County, CA | | None | J | W | | | | | |
| 172. BB&T account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. L. 34, name change from Virtus Strategic Growth Fund to Virtus KAR Capital Growth CL

VII. L. 44, name change from Powershares QQQ ETF to Invesco QQQ ETF

VII. L. 168, Real property in estate sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Gordon Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544